UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SONNY LOUIS HOLLINS, | ) | |
| Plaintiff, | ) | CASE NO.   C05-658P |
| v. | ) | |
| KING COUNTY JAIL, *et al.*, | ) | REPORT & RECOMMENDATION |
| Defendants. | ) | |

On May 11, 2005, the court granted plaintiff leave to amend his complaint, in this action brought pursuant to 42 U.S.C. § 1983. (Dkt. #6). The court identified the flaws in the complaint and gave plaintiff 30 days, or until June 10, 2005, to respond. (*Id.*) The court advised petitioner that failure to respond could result in the dismissal of his habeas petition. (*Id.*) As of the date of this Report & Recommendation, plaintiff has yet to respond or to seek an extension of time in which to do so. Accordingly, plaintiff's complaint should be dismissed without prejudice. This dismissal should count as a "strike" under 28 U.S.C. § 1915(g). A proposed Order is attached.

DATED this 14th day of July, 2005.

/s/ M J Benton
MONICA J. BENTON
United States Magistrate Judge

REPORT & RECOMMENDATION