UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SONNY LOUIS HOLLINS,

        Plaintiff(s),

    v.

KING COUNTY JAIL, et al.,

        Defendant(s).

NO. C05-658P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiff has contacted the Court and advised that he has been moved to the city jail in Kent, Washington.  He has requested a 90-day extension of time in which to correct the deficiencies in his complaint.

Plaintiff's request will be GRANTED and the deadline for his filing of an amended complaint will be extended to **November 7, 2005.**  Failure to file an amended complaint by that date will result in the dismissal of his claim without prejudice and the recording of a "strike" under 28 U.S.C. §1915(g).

Filed this 5th day of August, 2005.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER