# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SONNY LOUIS HOLLINS,

        Plaintiff(s),

   v.

KING COUNTY JAIL, et al.,

        Defendant(s).

NO. C0-P

MINUTE ORDER OF REFERRAL TO MAGISTRATE

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     The Court GRANTS Plaintiff's request for a further extension of time (Dkt. No. 13); Plaintiff must file an amended complaint with this Court by no later than **December 16, 2005.** This is the final extension Plaintiff will be granted. Failure to file amended complaint by the deadline will result in a dismissal of his claim without prejudice and the recording of a "strike" under 28 U.S.C. § 1915(g).

     The Clerk is ordered to provide Plaintiff with a copy of the original Order Declining to Serve Complaint (Dkt. No. 6) to provide him with a guideline for amending his complaint.

     Further, the Court DECLINES TO ADOPT the Report and Recommendation previously made in the above-entitled matter (Dkt. No. 7); and

     The Court REFERS the above-entitled matter to MAGISTRATE JUDGE MONICA J.

MINUTE ORDER

1  BENTON for consideration of Plaintiff's request for appointment of counsel (Dkt. No. 14) and all
2  other pretrial matters.

4     Filed this 3rd day of November, 2005.

5                                                    BRUCE RIFKIN, Clerk

7                                       By    /s Mary Duett
                                               Deputy Clerk

26  MINUTE ORDER